# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: §
§
§
WALSH, ROBERT J. § Case No. 07-13937 TAB
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 13 of the United States Bankruptcy Code was filed on 08/02/2007 . The case was converted to one under Chapter 7 on 02/19/2009 . The undersigned trustee was appointed on 02/19/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of               $    33,143.44

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 692.40 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 32,451.04 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  07/08/2009  and the deadline for filing governmental claims was  07/08/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,064.34 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 4,064.34 , for a total compensation of $ 4,064.34 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 139.34 , for total expenses of $ 139.34 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/14/2ellus_____    By:/s/RONALD R. PETERSON_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Page: 1
Exhibit A

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 07-13937  Judge: Timothy A Barnes  
Case Name: WALSH, ROBERT J.  
For Period Ending: 05/14/13

Trustee Name: RONALD R. PETERSON  
Date Filed (f) or Converted (c): 02/19/09 (c)  
341(a) Meeting Date: 04/02/09  
Claims Bar Date: 07/08/09

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. checking acct First Natl Bk LaGrange Location: In | 100.00 | 100.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2. furniture Location: In debtor's possession | 500.00 | 500.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3. books Location: In debtor's possession | 300.00 | 300.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. maritime art Location: In debtor's possession | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. clothing Location: In debtor's possession | 300.00 | 300.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. clinical professional counseling license Location: | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7. 97 Volkswagon Van Location: In debtor's possession | 500.00 | 500.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8. 30 foot sailboat Location: In debtor's possession | 300.00 | 300.00 | | 10,000.00 | FA | 0.00 | 0.00 |
| 9. damaged 97 40&quot; sailboat, for sale 2 yrs Locat | 0.00 | 0.00 | | 23,121.21 | FA | 0.00 | 0.00 |
| 10. Vacant Land in Colorado (u) | 0.00 | 10,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 22.23 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $2,000.00 | $12,000.00 | | $33,143.44 | Gross Value of Remaining Assets $0.00 | $0.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Page: 2
Exhibit A

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| Case No: | 07-13937 | Judge: Timothy A Barnes |
| Case Name: | WALSH, ROBERT J. | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Date Filed (f) or Converted (c): | 02/19/09 (c) |
| 341(a) Meeting Date: | 04/02/09 |
| Claims Bar Date: | 07/08/09 |

April 29, 2013, 09:05 a.m. Still no offers on Colorado sand property. Fired first broker and hired a new one. Not optimistic.

January 30, 2012, 11:47 am. The Estate owns a piece of semi arid pasture land in Colorado. I have lowered the asking price, but do not expect any interest until after mud season ends this spring.

November 30, 2011, 05:18 pm Talked to real estate agent today and reduced sale price to $10,000 per acre.

In receipt of proceeds of sale of the Debtor's boat. Colorado property listed for sale on 12/14/10.

Initial Projected Date of Final Report (TFR): 03/31/12    Current Projected Date of Final Report (TFR): 12/31/14

_____  Date: _____

RONALD R. PETERSON

Page: 1
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-13937 -TAB
Case Name: WALSH, ROBERT J.

Taxpayer ID No: *******2629
For Period Ending: 05/14/13

Trustee Name: RONALD R. PETERSON
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******8265 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Transfer from Acct #******0176 | Bank Funds Transfer | 9999-000 | 32,720.43 | | 32,720.43 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.17 | 32,700.26 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.84 | 32,679.42 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.15 | 32,659.27 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.81 | 32,638.46 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.52 | 32,589.94 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.76 | 32,546.18 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.39 | 32,497.79 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.75 | 32,451.04 |

| | | |
|---|---|---|
| COLUMN TOTALS | 32,720.43 | 269.39 |
| Less: Bank Transfers/CD's | 32,720.43 | 0.00 |
| Subtotal | 0.00 | 269.39 |
| Less: Payments to Debtors | | 0.00 |
| Net | 0.00 | 269.39 |

Page Subtotals  32,720.43  269.39

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 07-13937 -TAB | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | WALSH, ROBERT J. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | ******0176 Money Market Account (Interest Earn |
| Taxpayer ID No: | ******2629 | | | |
| For Period Ending: | 05/14/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/08/09 | 8 | 10000Robert J. Walsh<br>700 W. Van Burren Apt 1110<br>Chicago, Illinois 60607 | Sale of Boat | 1129-000 | 10,000.00 | | 10,000.00 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 10,000.15 |
| 05/20/09 | 9 | dockman at St. Vincent and Grenedines | Sale of Boat<br>Bank Serial #: 000000 | 1129-000 | 23,121.21 | | 33,121.36 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.48 | | 33,121.84 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.82 | | 33,122.66 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 33,123.50 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 33,124.34 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.82 | | 33,125.16 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 33,126.00 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.82 | | 33,126.82 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 33,127.66 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 33,128.50 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.76 | | 33,129.26 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.85 | | 33,130.11 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.82 | | 33,130.93 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 33,131.77 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.82 | | 33,132.59 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 33,133.43 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.85 | | 33,134.28 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.82 | | 33,135.10 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 33,135.94 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.82 | | 33,136.76 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 33,137.60 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.84 | | 33,138.44 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 33,138.69 |
| | | | | Page Subtotals | 33,138.69 | 0.00 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-13937 -TAB  
Case Name: WALSH, ROBERT J.  
Taxpayer ID No: ******2629  
For Period Ending: 05/14/13  

Trustee Name: RONALD R. PETERSON  
Bank Name: BANK OF AMERICA, N.A.  
Account Number / CD #: ******0176 Money Market Account (Interest Earn  
Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,138.97 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 33,139.23 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.29 | | 33,139.52 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 33,139.79 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 33,140.06 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 33,140.35 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 33,140.62 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,140.90 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 42.22 | 33,098.68 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 33,098.95 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 40.81 | 33,058.14 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 33,058.41 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 40.76 | 33,017.65 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 33,017.94 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 43.30 | 32,974.64 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 32,974.90 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 39.19 | 32,935.71 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 32,935.98 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 40.49 | 32,895.49 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.28 | | 32,895.77 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 41.79 | 32,853.98 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 32,854.26 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 41.74 | 32,812.52 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 32,812.78 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 39.00 | 32,773.78 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 32,774.07 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 42.98 | 32,731.09 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 32,731.16 |

| | | | | Page Subtotals | 4.75 | 412.28 | |

Page: 4
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-13937 -TAB | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | WALSH, ROBERT J. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0176 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2629 | | |
| For Period Ending: | 05/14/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/09/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.73 | 32,720.43 |
| 08/09/12 | | Transfer to Acct #*******8265 | Bank Funds Transfer | 9999-000 | | 32,720.43 | 0.00 |

|  |  | COLUMN TOTALS | | 33,143.44 | 33,143.44 | |
|  |  | Less: Bank Transfers/CDs | | 0.00 | 32,720.43 | |
|  |  | Subtotal | | 33,143.44 | 423.01 | |
|  |  | Less: Payments to Debtors | | | 0.00 | |
|  |  | Net | | 33,143.44 | 423.01 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | | | |
| Checking Account - ********8265 | | | 0.00 | 269.39 | 32,451.04 |
| Money Market Account (Interest Earn - ********0176 | | | 33,143.44 | 423.01 | 0.00 |
| | | | 33,143.44 | 692.40 | 32,451.04 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 32,731.16

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 14, 2013 |
|---|---|---|---|---|---|---|

Case Number: 07-13937  
Debtor Name: WALSH, ROBERT J.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 000001<br>070<br>7100-00 | First National Bank LaGrange<br>Acct#: 6803<br>620 W Burlington<br>LaGrange , IL 60525-0190 | Unsecured | Filed 08/21/07 | $0.00 | $9,819.36 | $9,819.36 |
| 000002<br>070<br>7100-00 | Mary Cahill<br>114 S Cass Ave #8<br>Westmont, IL 60559 | Unsecured | Filed 08/24/07 | $0.00 | $33,892.38 | $33,892.38 |
| 000003<br>070<br>7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | Filed 08/29/07 | $0.00 | $8,689.91 | $8,689.91 |
| 000004<br>070<br>7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | Filed 09/12/07 | $0.00 | $37,606.66 | $37,606.66 |
| 000005<br>070<br>7100-00 | Western Springs FCU<br>Acct#: 1931<br>810 Hillgrove<br>Western Springs, IL 60558 | Unsecured | Filed 09/24/07 | $0.00 | $6,023.79 | $6,023.79 |
| 000007<br>070<br>7100-00 | Household Finance Coproration<br>by eCAST Settlement Corporation<br>as its agent<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | Filed 10/24/07 | $0.00 | $8,118.37 | $8,118.37 |
| 000008<br>070<br>7100-00 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | Filed 11/05/07 | $0.00 | $22,947.35 | $22,947.35 |
| 000009<br>070<br>7100-00 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | Filed 11/05/07 | $0.00 | $680.49 | $680.49 |
| 000010<br>070<br>7100-00 | Western Springs FCU<br>Acct#: 1931<br>810 Hillgrove<br>Western Springs, IL 60558 | Unsecured | Filed 05/01/09 | $0.00 | $5,502.77 | $5,502.77 |
| | Case Totals: | | | $0.00 | $133,281.08 | $133,281.08 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-13937 TAB
Case Name: WALSH, ROBERT J.
Trustee Name: RONALD R. PETERSON

| | | |
|---|---|---|
| Balance on hand | $ | 32,451.04 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 4,064.34 | $ 0.00 | $ 4,064.34 |
| Trustee Expenses: RONALD R. PETERSON | $ 139.34 | $ 0.00 | $ 139.34 |
| Total to be paid for chapter 7 administrative expenses | | | $ 4,203.68 |
| Remaining Balance | | | $ 28,247.36 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 133,281.08 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | First National Bank LaGrange<br>Acct#: 6803<br>620 W Burlington<br>LaGrange , IL 60525-0190 | $ 9,819.36 | $ 0.00 | $ 2,081.10 |
| 000002 | Mary Cahill<br>114 S Cass Ave #8<br>Westmont, IL 60559 | $ 33,892.38 | $ 0.00 | $ 7,183.09 |
| 000003 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | $ 8,689.91 | $ 0.00 | $ 1,841.72 |
| 000004 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | $ 37,606.66 | $ 0.00 | $ 7,970.29 |
| 000005 | Western Springs FCU<br>Acct#: 1931<br>810 Hillgrove<br>Western Springs, IL 60558 | $ 6,023.79 | $ 0.00 | $ 1,276.67 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Household Finance Coproration by eCAST Settlement Corporation as its agent POB 35480 Newark NJ 07193-5480 | $ 8,118.37 | $ 0.00 | $ 1,720.59 |
| 000008 | eCAST Settlement Corporation POB 35480 Newark NJ 07193-5480 | $ 22,947.35 | $ 0.00 | $ 4,863.43 |
| 000009 | eCAST Settlement Corporation POB 35480 Newark NJ 07193-5480 | $ 680.49 | $ 0.00 | $ 144.22 |
| 000010 | Western Springs FCU Acct#: 1931 810 Hillgrove Western Springs, IL 60558 | $ 5,502.77 | $ 0.00 | $ 1,166.25 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 28,247.36 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE