UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                              §
                                    §
WALSH, ROBERT J.                    §      Case No. 07-13937 TAB
                                    §
         Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE U.S. BANKRUPTCY COURT
          KENNETH S. GARDNER
          219 S. Dearborn St.
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/03/2013 in Courtroom 613,
          UNITED STATES BANKRUPTCY COURT
          219 S. Dearborn St.
          Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/30/2013                    By: UNITED STATES BANKRUPTCY
                                                COURT
                                                                          Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
 §
WALSH, ROBERT J. §   Case No. 07-13937 TAB
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 33,143.44 |
| and approved disbursements of | $ | 692.40 |
| leaving a balance on hand of[1] | $ | 32,451.04 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: RONALD R. PETERSON | $ 4,064.34 | $ 0.00 | $ 4,064.34 |
| Trustee Expenses: RONALD R. PETERSON | $ 139.34 | $ 0.00 | $ 139.34 |
| Total to be paid for chapter 7 administrative expenses | | $ | 4,203.68 |
| Remaining Balance | | $ | 28,247.36 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 133,281.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | First National Bank LaGrange Acct#: 6803 620 W Burlington LaGrange , IL 60525-0190 | $ 9,819.36 | $ 0.00 | $ 2,081.10 |
| 000002 | Mary Cahill 114 S Cass Ave #8 Westmont, IL 60559 | $ 33,892.38 | $ 0.00 | $ 7,183.09 |
| 000003 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | $ 8,689.91 | $ 0.00 | $ 1,841.72 |
| 000004 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | $ 37,606.66 | $ 0.00 | $ 7,970.29 |
| 000005 | Western Springs FCU Acct#: 1931 810 Hillgrove Western Springs, IL 60558 | $ 6,023.79 | $ 0.00 | $ 1,276.67 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Household Finance Coproration by eCAST Settlement Corporation as its agent POB 35480 Newark NJ 07193-5480 | $ 8,118.37 | $ 0.00 | $ 1,720.59 |
| 000008 | eCAST Settlement Corporation POB 35480 Newark NJ 07193-5480 | $ 22,947.35 | $ 0.00 | $ 4,863.43 |
| 000009 | eCAST Settlement Corporation POB 35480 Newark NJ 07193-5480 | $ 680.49 | $ 0.00 | $ 144.22 |
| 000010 | Western Springs FCU Acct#: 1931 810 Hillgrove Western Springs, IL 60558 | $ 5,502.77 | $ 0.00 | $ 1,166.25 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 28,247.36 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                               Case No. 07-13937-TAB
Robert J. Walsh                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1         User: wepps            Page 1 of 2          Date Rcvd: May 31, 2013
                             Form ID: pdf006        Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2013.
```
db          +Robert J. Walsh,    700 W. Van Buren,    Apt 1110,    Chicago, IL 60607-3632
11522864     American Express,   Acct#: 1000,    Box 0001,    Los Angeles, CA 90096-0001
11522863     American Express,   Box 0001,    Los Angeles, CA 90096-0001
11577223     American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11522865     Bank of America,    Acct#: 1891,    PO Box 17220,    Baltimore, MD 21297-1220
11725881     FIA Card Services aka Bank of America,    by eCAST Settlement Corporation,    as its agent,
              POB 35480,   Newark NJ 07193-5480
11522866    +First National Bank LaGrange,    Acct#: 6803,    620 W Burlington,    LaGrange , IL 60525-2228
11522867     HFC,    Acct#: 3128,    PO Box 17574,    Baltimore, MD 21297-1574
11725883     HSBC Bank Nevada NA / HSBC Card Services III,    by eCAST Settlement Corporation,    as its agent,
              POB 35480,   Newark NJ 07193-5480
11522868     HSBC Card Services,    Acct#: 2292,    PO Box 88000,    Baltimore, MD 21288-0001
11700692     Household Finance Coproration,    by eCAST Settlement Corporation,    as its agent,    POB 35480,
              Newark NJ 07193-5480
13860355    +Mary Cahill,   11511 W 73rd Pl,    Burr Ridge, IL 60527-8600
13860356     N Sethia,    POB 39 Blue Lagoon,    St Vincent & The Grenadines,    West Indies
11522870    +Western Springs FCU,    Acct#: 1931,    810 Hillgrove,    Western Springs, IL 60558-1463
12000537     eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
12000772*    eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
20153114*    eCAST Settlement Corporation,    POB 35480,    Newark, NJ 07193-5480
11522869   ##+Mary Cahill,   114 S Cass Ave #8,    Westmont, IL 60559-1947
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 02, 2013**                    **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: wepps              Page 2 of 2            Date Rcvd: May 31, 2013
                              Form ID: pdf006          Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2013 at the address(es) listed below:
          Beth A Lehman    on behalf of Debtor Robert J. Walsh blehman@lehmanfox.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ronald  Peterson    on behalf of Trustee Ronald R Peterson rpeterson@jenner.com, lraiford@jenner.com
          Ronald R Peterson    rpeterson@jenner.com, rpeterson@ecf.epiqsystems.com;docketing@jenner.com
          TOTAL: 4