UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
WALSH, ROBERT J. § Case No. 07-13937 TAB
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter    on          , and it was converted to chapter 7 on          . The case was pending for    months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/RONALD R. PETERSON_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | | | | | |
| JENNER & BLOCK LLP | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000004 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000008 | ECAST SETTLEMENT CORPORATION | | | | | |
| 000009 | ECAST SETTLEMENT CORPORATION | | | | | |
| 000001 | FIRST NATIONAL BANK LAGRANGE | | | | | |
| 000007 | HOUSEHOLD FINANCE COPRORATION | | | | | |
| 000002 | MARY CAHILL | | | | | |
| 000010 | WESTERN SP-RINGS FCU | | | | | |
| 000005 | WESTERN SPRINGS FCU | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 07-13937 | Judge: Timothy A Barnes | | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | WALSH, ROBERT J. | | | | Date Filed (f) or Converted (c): | 02/19/09 (c) |
| | | | | | 341(a) Meeting Date: | 04/02/09 |
| For Period Ending: | 09/10/13 | | | | Claims Bar Date: | 07/08/09 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. checking acct First Natl Bk LaGrange Location: In | 100.00 | 100.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2. furniture Location: In debtor's possession | 500.00 | 500.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3. books Location: In debtor's possession | 300.00 | 300.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. maritime art Location: In debtor's possession | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. clothing Location: In debtor's possession | 300.00 | 300.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. clinical professional counseling license Location: | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7. 97 Volkswagon Van Location: In debtor's possession | 500.00 | 500.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8. 30 foot sailboat Location: In debtor's possession | 300.00 | 300.00 | | 10,000.00 | FA | 0.00 | 0.00 |
| 9. damaged 97 40&quot; sailboat, for sale 2 yrs Locat | 0.00 | 0.00 | | 23,121.21 | FA | 0.00 | 0.00 |
| 10. Vacant Land in Colorado (u) | 0.00 | 10,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 22.23 | FA | 0.00 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $2,000.00     $12,000.00     $33,143.44     $0.00     $0.00     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 07-13937    Judge: Timothy A Barnes | Trustee Name: | RONALD R. PETERSON |
| Case Name: | WALSH, ROBERT J. | Date Filed (f) or Converted (c): | 02/19/09 (c) |
| | | 341(a) Meeting Date: | 04/02/09 |
| | | Claims Bar Date: | 07/08/09 |

April 29, 2013, 09:05 a.m.  Still no offers on Colorado sand property.  Fired first broker and hired a new one.  Not optimistic.

January 30, 2012, 11:47 am.  The Estate owns a piece of semi arid pasture land in Colorado. I have lowered the asking price, but do not expect any interest until after mud season ends this spring.

November 30, 2011, 05:18 pm Talked to real estate agent today and reduced sale price to $10,000 per acre.

In receipt of proceeds of sale of the Debtor's boat.  Colorado property listed for sale on 12/14/10.

Initial Projected Date of Final Report (TFR): 03/31/12        Current Projected Date of Final Report (TFR): 12/31/14

_____     Date: _____

RONALD R. PETERSON

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-13937 -TAB | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | WALSH, ROBERT J. | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******8265  Checking Account |
| Taxpayer ID No: | *******2629 |  |  |
| For Period Ending: | 09/10/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 08/09/12 |  | Transfer from Acct #*******0176 | Bank Funds Transfer | 9999-000 | 32,720.43 |  | 32,720.43 |
| 10/16/12 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 20.17 | 32,700.26 |
| 11/05/12 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 20.84 | 32,679.42 |
| 12/07/12 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 20.15 | 32,659.27 |
| 01/08/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 20.81 | 32,638.46 |
| 02/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 48.52 | 32,589.94 |
| 03/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 43.76 | 32,546.18 |
| 04/05/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 48.39 | 32,497.79 |
| 05/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 46.75 | 32,451.04 |
| 07/03/13 | 030001 | Ronald R. Peterson<br>Trustee<br>Jenner & Block 353 North Clark Street<br>Chicago, Il 60654-3456 | Professional Fees<br>Fee Application Allowances | 2100-000 |  | 4,064.34 | 28,386.70 |
| 07/03/13 | 030002 | Jenner & Block LLP<br>3353 N. Clark Street<br>Chicago, Il 60654-3456 | Professional Fees<br>Fee Application Allowances | 2200-000 |  | 139.34 | 28,247.36 |
| 07/03/13 | 030003 | First National Bank LaGrange<br>Acct#: 6803<br>620 W Burlington<br>LaGrange , IL 60525-0190 | Final distribution | 7100-000 |  | 2,081.10 | 26,166.26 |
| 07/03/13 | 030004 | Mary Cahill<br>114 S Cass Ave #8<br>Westmont, IL 60559 | Final distribution | 7100-000 |  | 7,183.09 | 18,983.17 |
| 07/03/13 | 030005 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |  | 7100-000 |  | 1,841.72 | 17,141.45 |
| 07/03/13 | 030006 | American Express Centurion Bank |  | 7100-000 |  | 7,970.29 | 9,171.16 |
|  |  |  | Page Subtotals |  | 32,720.43 | 23,549.27 |  |

Ver: 17.03

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 9)

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-13937 -TAB | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | WALSH, ROBERT J. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8265  Checking Account |
| Taxpayer ID No: | *******2629 | | |
| For Period Ending: | 09/10/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/03/13 | 030007 | c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Final distribution | 7100-000 | | 1,276.67 | 7,894.49 |
| 07/03/13 | 030008 | Western Springs FCU<br>Acct#: 1931<br>810 Hillgrove<br>Western Springs, IL 60558 | Final distribution | 7100-000 | | 1,720.59 | 6,173.90 |
| 07/03/13 | 030009 | Household Finance Coproration<br>by eCAST Settlement Corporation<br>as its agent<br>POB 35480<br>Newark NJ 07193-5480 | Final distribution | 7100-000 | | 4,863.43 | 1,310.47 |
| 07/03/13 | 030010 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | Final distribution | 7100-000 | | 144.22 | 1,166.25 |
| 07/03/13 | 030011 | Western Springs FCU<br>Acct#: 1931<br>810 Hillgrove<br>Western Springs, IL 60558 | | 7100-000 | | 1,166.25 | 0.00 |

Page Subtotals      0.00      9,171.16

Ver: 17.03

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-13937 -TAB | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | WALSH, ROBERT J. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8265 Checking Account |
| Taxpayer ID No: | *******2629 | | |
| For Period Ending: | 09/10/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 32,720.43 | 32,720.43 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 32,720.43 | 0.00 | |
| | | | Subtotal | | 0.00 | 32,720.43 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 32,720.43 | |

Page Subtotals 0.00 0.00

Ver: 17.03

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-13937 -TAB | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | WALSH, ROBERT J. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0176  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2629 | | |
| For Period Ending: | 09/10/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/08/09 | 8 | 10000Robert J. Walsh<br>700 W. Van Burren Apt 1110<br>Chicago, Illinois 60607 | Sale of Boat | 1129-000 | 10,000.00 | | 10,000.00 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 10,000.15 |
| 05/20/09 | 9 | dockman at St. Vincent and Grenedines | Sale of Boat<br>Bank Serial #: 000000 | 1129-000 | 23,121.21 | | 33,121.36 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.48 | | 33,121.84 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.82 | | 33,122.66 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 33,123.50 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 33,124.34 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.82 | | 33,125.16 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 33,126.00 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.82 | | 33,126.82 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 33,127.66 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 33,128.50 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.76 | | 33,129.26 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.85 | | 33,130.11 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.82 | | 33,130.93 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 33,131.77 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.82 | | 33,132.59 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 33,133.43 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.85 | | 33,134.28 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.82 | | 33,135.10 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 33,135.94 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.82 | | 33,136.76 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 33,137.60 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.84 | | 33,138.44 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 33,138.69 |

Page Subtotals  33,138.69   0.00

Ver: 17.03

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-13937 -TAB | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | WALSH, ROBERT J. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0176 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2629 | | | |
| For Period Ending: | 09/10/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,138.97 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 33,139.23 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.29 | | 33,139.52 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 33,139.79 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 33,140.06 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 33,140.35 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 33,140.62 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,140.90 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 42.22 | 33,098.68 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 33,098.95 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 40.81 | 33,058.14 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 33,058.41 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 40.76 | 33,017.65 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 33,017.94 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 43.30 | 32,974.64 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 32,974.90 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 39.19 | 32,935.71 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 32,935.98 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 40.49 | 32,895.49 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.28 | | 32,895.77 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 41.79 | 32,853.98 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 32,854.26 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 41.74 | 32,812.52 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 32,812.78 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 39.00 | 32,773.78 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 32,774.07 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 42.98 | 32,731.09 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 32,731.16 |

Page Subtotals 4.75 412.28

Ver: 17.03

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-13937 -TAB |
| Case Name: | WALSH, ROBERT J. |
| Taxpayer ID No: | *******2629 |
| For Period Ending: | 09/10/13 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0176  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/09/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.73 | 32,720.43 |
| 08/09/12 | | Transfer to Acct #*******8265 | Bank Funds Transfer | 9999-000 | | 32,720.43 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 33,143.44 | 33,143.44 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 32,720.43 | |
| Subtotal | 33,143.44 | 423.01 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 33,143.44 | 423.01 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8265 | 0.00 | 32,720.43 | 0.00 |
| Money Market Account (Interest Earn - *******0176 | 33,143.44 | 423.01 | 0.00 |
| | 33,143.44 | 33,143.44 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      32,731.16

Ver: 17.03

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*